UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GIGI DANIELLE-DISERAFINO,

    Plaintiff,

v.                                        Case No: 2:15-cv-569-FtM-29CM

DISTRICT SCHOOL BOARD OF
COLLIER COUNTY, FLORIDA,

    Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiff's Unopposed Motion to Extend Case Management Deadlines (Doc. 31) filed on April 30, 2017. Plaintiff seeks to extend the Court-ordered deadlines by four months because Plaintiff received extensions of time to respond to Defendant's discovery requests due to the Passover holidays and Plaintiff's counsel's arm injury. Doc. 31 at 1-2. Thus, Plaintiff argues that Defendant postponed a deposition of Plaintiff scheduled on April 13, 2017 because Defendant did not have sufficient time to evaluate Plaintiff's discovery and to receive outstanding discovery before the scheduled deposition. *Id.* at 2. Furthermore, according to Plaintiff, Defendant informed Plaintiff that schools will be on summer break for much of June, all of July, and the first part of August, which will cause difficulty with witness availability and discovery during this period. *Id.* Defendant does not oppose the requested relief. *Id.* at 3.

On September 21, 2015, Plaintiff filed a Complaint against Defendant. Doc. 1. One year after the filing of the Complaint, on August 24, 2016, Senior United

States District Judge John E. Steele entered a Case Management and Scheduling Order ("CMSO") setting the discovery deadline to March 3, 2017, the mediation deadline to February 28, 2017, the deadline for dispositive motions to March 17, 2017, and a trial term of September 5, 2017.  Doc. 21 at 1-2.

On February 3, 2017, the parties jointly requested to extend the CMSO deadlines by sixty (60) days to complete remaining depositions and because of Plaintiff's counsel's medical issue.  Doc. 26 at 1-2.  The Court granted the requested extension, noting that "this matter has been pending since September 21, 2015," and "the Court expects the parties to exercise their diligence in meeting the extended deadlines."  Doc. 27 at 2.  On February 3, 2017, the Court entered an Amended CMSO, extending the discovery deadline to May 2, 2017, the mediation deadline to April 28, 2017, the deadline for dispositive motions to May 16, 2017, and the trial term to November 6, 2017.  Doc. 28.

Here, the Court will extend only the discovery and mediation deadlines and the deadline for dispositive motions because this case has been pending for approximately two years since September 21, 2015.  Doc. 1.  Furthermore, the Court already extended the CMSO deadlines and noted in its previous Order that the parties are expected to exercise their diligence in meeting the extended deadlines.  Doc. 27 at 2.  Given the length of time that this case has been pending and the extension granted by the Court, the parties had ample time and opportunities to timely finish discovery and meet the CMSO deadlines.  Docs. 1, 27.  As a result, the Court will allow the parties to have until May 31, 2017 to conduct discovery and to mediate and June 30, 2017 to file dispositive motions.  All other deadlines will remain intact.  Doc. 28.  The Court will not be

inclined to grant additional extensions beyond that provided by this Order absent extenuating circumstances.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion to Extend Case Management Deadlines (Doc. 31) is **GRANTED in part and DENIED in part**.

2. The discovery deadline is extended to **May 31, 2017**.

3. The mediation deadline is extended to **May 31, 2017**.

4. The deadline for dispositive motions, *Daubert*, and *Markman* motions is extended to **June 30, 2017**.

5. All other deadlines in the Amended Case Management and Scheduling Order (Doc. 28) remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 1st day of May, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record